United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SUCH, next friend to<br>BILLY RAY MALDONADO,<br><br>        Petitioner,<br><br>  v.<br><br>JAMES A. YATES, warden,<br><br>        Respondent.<br>_____ / | No. C 07-102 MHP (pr)<br><br>**ORDER** |

    Petitioner's application to proceed <u>in forma pauperis</u> on appeal is GRANTED. (Docket # 30.)

    IT IS SO ORDERED.

DATED: April 10, 2009

                                              Marilyn Hall Patel<br>
                                              United States District Judge